UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Case Number: 18-23830-CIV-MORENO

YANIRA DIAZ RUBIO,

      Plaintiff,

vs.

UNIVESTA HOLDINGS, INC. and IVAN HERRERA,

      Defendants.
_____/

## ORDER DENYING MOTION FOR SANCTIONS, GRANTING MOTION FOR LEAVE TO AMEND, AND DENYING MOTIONS FOR EXTENSION OF TIME AS MOOT

THIS CAUSE came before the Court upon Defendant's Motion for Sanctions **(D.E. 12)**, filed on **October 17, 2018**, Plaintiff's Motion for Leave to Amend **(D.E. 15)** filed on **October 24, 2018**, and Plaintiff's Motions for Extension of Time **(D.E. 17, 19)**.

THE COURT has considered the motions, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion for sanctions is DENIED. Although the parties agree that the incorrect parties are named in this suit, Plaintiff worked for a related entity and given the early juncture of this case, the Court will allow the Plaintiff to name the proper party and resolve this case on the merits. It is also

**ADJUDGED** that Plaintiff's motion for leave to amend the complaint is GRANTED and the Plaintiff may file an amended complaint by November 7, 2018. It is also

**ADJUDGED** that the motions for extension of time are DENIED as moot.

DONE AND ORDERED in Chambers at Miami, Florida, this _31st_ of October 2018.

                                            FEDERICO A. MORENO
                                            UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record