UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 1:18-CV-23830

YANIRA DIAZ RUBIO,

      Plaintiff,

v.

BALUJA INSURANCE CORP.
d/b/a UNIVISTA INSURANCE,
and BALUJA, YOSBEL, individually

      Defendants,

_____/

## Plaintiff Voluntary Dismissal

Plaintiff, by and through the undersigned, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) hereby

dismisses the above styled action as to all Defendants, without prejudice. Plaintiff gave notice

to Defendants counsel whom do not oppose Plaintiff's request to voluntary dismiss the claim

without prejudice.

DATED: October 31, 2018

                        Respectfully Submitted,

                        **/s/ Alberto Naranjo**
                        AN@ANLawFirm.com
                        AN Law Firm, P.A.
                        7900 Oak Lane #400
                        Miami Lakes, FL 33016
                        Telephone: 305-942-8070
                        *ATTORNEY FOR THE PLAINTIFF*